UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNDAUNTED HOLDINGS, INC.,

    Plaintiff/Counterclaim
    Defendant,

v.                               Case No. 8:09-cv-1186-T-33TBM

JOHN F. MICHEL, JR.,

    Defendant/Counterclaim
    Plaintiff.

_____/

### ORDER

This matter is before the Court pursuant to the Notice of Suggestion of Pendency of Bankruptcy and Automatic Stay (Doc. # 19), filed on January 8, 2010. On December 29, 2009, an involuntary bankruptcy petition for relief under Chapter 7 of the United States Bankruptcy Code was filed against Plaintiff/Counterclaim Defendant Undaunted Holdings, Inc.

Accordingly, pursuant to 11 U.S.C. § 362(a), it is now

**ORDERED, ADJUDGED**, and **DECREED**

Pursuant to 11 U.S.C. § 362(a), this case is **STAYED** and **ADMINISTRATIVELY CLOSED** until such time as the bankruptcy court lifts the stay or the stay is no longer in effect.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 30th day of April 2010.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel and Parties of Record